## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 12-138 (1) (RHK) |
| Plaintiff, | **ORDER** |
| vs. | |
| Jason Wayne Leas, | |
| Defendant. | |

---

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  May 31, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
